# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ARNAUD

NO. 2019 KW 1209

**NOV 25 2019**

In Re:    Carl Arnaud, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 948-06.

BEFORE:  **McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT